**Entered on Docket
October 29, 2009**

_Bruce A. Markell_
_____
**Hon. Bruce A. Markell
United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

* * * * * *

| | |
|---|---|
| In re:<br><br>MICHAEL BRET HOUSE and<br>KATHRYN ALINE HOUSE,<br><br>          Debtors.<br>_____ | Case No.: BK-S-09-16476-BAM<br>Chapter 11<br><br>    **Date:**   **November 16, 2009**<br>    **Time:**   **9:30 a.m.** |

**ORDER REGARDING STATUS CONFERENCE**

      A status conference was held in this matter on September 21, 2009, at 9:30 a.m.;

IT IS HEREBY ORDERED THAT:

      The status conference is continued to **November 16, 2009, at 9:30 a.m.,** in the

courtroom of Bankruptcy Judge Bruce A. Markell, Courtroom #3, Foley Federal Building,

300 Las Vegas Boulevard South, Las Vegas, Nevada.  A reorganization plan is to be on file

by October 30, 2009.

      IT IS SO ORDERED.

Copies sent to:

BNC MAILING MATRIX

JACQUELINE A. GRUBER on behalf of Creditor AMERICAN HOME MORTGAGE
SERVICING, INC.
jgruber@piteduncan.com, ecfnvb@piteduncan.com

EDDIE R. JIMENEZ on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST
COMPANY, AS TRUSTEE IN TRUST FOR THE BENEFIT OF THE CERTIFICATEHOLDERS
FOR AMERIQUEST MORTGAGE SECURITIES TRUST 2005-R3, ASSET-BACKED PASS-
THROUGH CERTIFICATES, SERIES 200

ecfnvb@piteduncan.com, ejimenez@piteduncan.com

RONALD H REYNOLDS on behalf of Creditor BAC Home Loans Serivcing, LP, servicing agent on behalf of HSBC Bank USA, N.A., as Trustee for Holders of Deutsche ALT-A Securities Mortgage Loan Trust, Series 2007-OA4 Mortgage Pass-Through Certifica
ronreynolds@callister-reynolds.com, paulamichaels@callister-reynolds.com;
mpp@callister-reynolds.com

AMBRISH S. SIDHU on behalf of Debtor MICHAEL HOUSE
ecfnotices@sidhulawfirm.com

U.S. TRUSTEE - LV - 11
USTPRegion17.lv.ecf@usdoj.gov

GREGORY L. WILDE on behalf of Creditor LPP MORTGAGE, LTD
bk@wildelaw.com

AMERICA'S SERVICING COMPANY
c/o MCCALLA RAYMER, et al.
Bankruptcy Department
1544 OLD ALABAMA RD
ROSWELL, GA 30076

Americas Servicing Co.
Malcolm Cisneros
2112 Business Center Drive
2nd Floor
Irvine, CA 92612

BAC Home Loans Servicing, L.P.
7105 Corporate Drive
PTX-B-35
Plano, TX 75024

Bank of America, NA
7105 Corporate Drive
PTX-B-35
Plano, TX 75024

MGC Mortgage, Inc.
142 North Road, Suite G.
Sudbury, MA 01776

Meridas Capital Inc., c/o BAC Home Loans Servicing, LP
Polk, Prober, & Raphael, Law Corporation
20750 Ventura Blvd., Suite 100
Woodland Hills, CA 91364

# # #